# UNITED STATES DISTRICT COURT

for the

District of

Division

Lauren K Brown

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Brian Morton, Katie Clark, Eleanor Jhonston, Rebecca Farnsworth

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lauren Brown |
| Street Address | 517 Calhoun Street |
| City and County | Ravesville SC 29133 |
| State and Zip Code | |
| Telephone Number | 803-747-2174 |
| E-mail Address | lilygavin63@Gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brian Morton |

Job or Title *(if known)*
Street Address 107 Town Farm Road, Buxton ME 04093
City and County
State and Zip Code
Telephone Number 207-800-6044
E-mail Address *(if known)*

Defendant No. 2
Name Katie Clark
Job or Title *(if known)*
Street Address 74 Old Orchard Road
City and County Buxton ME 04093
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3
Name Elinor Shonston
Job or Title *(if known)*
Street Address 5408 Bradna Dr.
City and County Los Angeles
State and Zip Code California 90043
Telephone Number
E-mail Address *(if known)*

Defendant No. 4
Name Rebecca Farnsworth "Bexley"
Job or Title *(if known)* Relative Heide
Street Address
City and County Address in unknown
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. 2261A (Federal Cyberstalking)

18 U.S.C. 1030 (computer Fraud and abuse)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

From Approximately 2016 - 2026 Defendents Brian Morton, Katie Clark, Bexley Farnworth Elinor Jhonston, Co-conspirtors operated a coordinated Network utilizing a Specialized Server Config to Execute Unathorized Acsess in Session Mirroring and Data interception they Deployed hidden shadow Nodes to steal from me. Katie Clark, Brian Morton Engaged in Persistent Cross-State stalking and Cyberstalking of me

Evidence/Meta Forensic Audit (CASE ID) 1576087717122853)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff Request full finacial Restitution for all Stolen "ANARCHY Girl" Monetization and ad Revenue diverted by Elinor Jhonston and Brian Morton.

Plantiff Requests a Court order Compelling Meta Platforms, INC to Release Backend logs for CASE# ID 1576087717122853 and a permanent injuction ordering the Defendets to Stop All Device Mirroring, Tracking and harassment of me.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 12, 2026

Signature of Plaintiff ______________________
Printed Name of Plaintiff Lauren Brown

B. **For Attorneys**

Date of signing: ______________

Signature of Attorney ______________________
Printed Name of Attorney ______________________
Bar Number ______________________
Name of Law Firm ______________________
Street Address ______________________
State and Zip Code ______________________
Telephone Number ______________________
E-mail Address ______________________